**WELLS FARGO**

For Returned Mail Purposes Only
WELLS FARGO BANK, N.A.
PO BOX 40039
ROANOKE, VA 24022-0039

# Home Equity Loan Statement

| | |
|---|---|
| Statement Date | 12/24/10 |
| Account Number | 65045370230001 |
| Payment Due Date | 01/12/2011 |
| Total Amount Due | $6,497.73 |

### Customer Service
Online Banking
www.wellsfargo.com

Telephone
1-888-667-6059

Correspondence
PO Box 4233
Portland, OR 97208-4233

### Payments
PO Box 54180
Los Angeles, CA 90054-0180

Overnight Mail
2324 Overland Dr.
Billings, MT 59102-6401

Do not send payments to this address.

1AB    T203  00002021    129    37704    /1

ERIC A WARNER
LESLIE A WARNER
30952 EAGLE CT
TEMECULA CA 92591-3923

## Payment Information

| | |
|---|---|
| Payment Due Date | 01/12/2011 |
| Current Due | $794.77 |
| Past Due Amount | $5,544.96 |
| Unpaid Late Charges | $158.00 |
| **Total Amount Due** | **$6,497.73** |

## Activity Detail

| Effective Date | Description | Transaction Amount | Principal Balance |
|---|---|---|---|
| | Prior Principal Balance | | $102,042.73 |
| 12/03/2010 | APPRAISAL FEE ASSESSMENT | $77.00 | |
| 12/10/2010 | APPRAISAL FEE ASSESSMENT | $78.00 | |
| 12/24/10 | Ending Principal Balance | | $102,042.73* |

*This is your principal balance only. If you want to pay off and close your home equity loan, please contact Customer Service for detailed payoff instruction. Payoffs attempted in other ways may not close the account, resulting in a delay of the release of your collateral.

Thank you for choosing Wells Fargo.

Detach and return the bottom remittance portion with your payment in the enclosed envelope. Please write in black or blue ink.
▼ Please do not send cash ▼

---

**WELLS FARGO**

For Returned Mail Purposes Only
WELLS FARGO BANK, N.A.
PO BOX 40039
ROANOKE, VA 24022-0039

T20X
ERIC A WARNER
LESLIE A WARNER

For questions or further assistance, please contact customer service at 1-888-667-6059.

Check here and see reverse for address correction.

Check box if you are paying off the loan.

WELLS FARGO BANK, N.A.
PO BOX 54180
LOS ANGELES CA 90054-0180

| | |
|---|---|
| Payment Due Date | 01/12/2011 |
| Account Number | 65045370230001 |
| Total Amount Due | $6,497.73 |

After 01/22/11 Add Late Fee of $39.73
Total Amount Due After 01/22/11: $6,537.46

| | | |
|---|---|---|
| Late Charges | A | $ |
| Additional Amount | B | $ |
| Total Amount Enclosed (Please do not send cash) | C | $ |

65045370230001 10 3 0649773 0653746 0000000 0650000 NOCULS00 00003124 7